PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, STATE BAR NO. 133775
ASSISTANT UNITED STATES TRUSTEE
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3801 University Avenue, Suite 720
Riverside, CA 92501
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Abram.S.Feuerstein@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MARY ANN GILMORE,<br><br>　　　　Debtor.<br>_____<br>UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, REGION 16,<br>　　　　Plaintiff,<br><br>v.<br><br>PATRICIA M. ASHCRAFT and THE LAW OFFICES OF GREGORY ASHCRAFT, APC,<br><br>　　　　Defendants. | Case No. 6:17-bk-13682-MW<br><br>Chapter 7<br><br>Adversary No. 6:17-ap-01271-MW<br><br><br><br>**STIPULATION REQUESTING A SECOND AMENDED SCHEDULING ORDER** |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY**

**COURT JUDGE, DEFENDANTS, AND PARTIES-IN-INTEREST:**

This stipulation is entered into between Plaintiff, United States Trustee for the Central District of California, Region 16 ("U.S. Trustee") and Defendants Patricia M. Ashcraft and The Law Offices of Gregory Ashcraft, APC by and through their counsel.

## I.     **RECITALS**

A.    On August 10, 2018, the Court entered an Amended Scheduling Order ("Amended Scheduling Order") establishing various deadlines for the completion of discovery and pre-trial proceedings.

B.    The parties advised the Court that they had entered into settlement discussions and, to minimize litigation costs, wanted to extend certain deadlines under the Amended Scheduling Order. To that end, the parties entered stipulations to extend certain discovery deadlines. Based on those stipulations, on October 9, 2018, and on October 19, 2018, the Court entered orders modifying the Amended Scheduling Order to extend non-expert discovery deadlines with respect to the deposition of the debtor and/or other debtors to November 30, 2018 ("Non-Expert Discovery Deadline") and the deadline to exchange expert reports to November 30, 2018 ("Expert Report Exchange").

C.    On November 13, 2018, based on their continuing settlement efforts, the parties entered into a *Stipulation Requesting an Amended Scheduling Order* ("Scheduling Order Stipulation") (Docket No. 35). Based on the Scheduling Order Stipulation, on November 16, 2018, the Court entered a First Amended Scheduling Order and established the following deadlines:

    i.    The Non-Expert Discovery Deadline - March 1, 2019;

    ii.    The Expert Report Exchange deadline - March 15, 2019;

iii.  Completion of expert discovery - March 29, 2019;

iv.  Discovery Motions to be heard before April 12, 2019;

v.  All pretrial motions to be heard before April 30, 2019; and

vi.  Pretrial conference - May 23, 2019.

D.  The parties have made significant progress in their settlement discussions and would like to extend the foregoing deadlines once more.

## II.  **STIPULATION**

**NOW THEREFORE,** the parties hereby agree and stipulate to the following deadlines.

i.  The Non-Expert Discovery Deadline - June 3, 2019;

ii.  The Expert Report Exchange deadline - June 17, 2019;

iii.  Completion of expert discovery – July 1, 2019;

iv.  Discovery Motions to be heard before July 15, 2019;

v.  All pretrial motions to be heard before July 31, 2019; and

vi.  Pretrial conference - August 16, 2019.

DATED: February 27, 2019

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Abram Feuerstein
Abram S. Feuerstein
Assistant U.S. Trustee

DATED: February ___, 2019

THE TUROCI FIRM

By: /s/ Julie Philippi
Julie Philippi
Attorneys for Defendants
Patricia M. Ashcraft and
The Law Offices of Gregory Ashcraft, APC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Office of the U. S. Trustee, 3801 University Avenue, Suite 720, Riverside, CA 92501**

A true and correct copy of the document entitled: **STIPULATION REQUESTING A SECOND AMENDED SCHEDULING ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 27, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On February 27, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor:<br>Mary Ann Gilmore<br>45100 Bridtette Way<br>La Quinta, CA 92253 | Defendant:<br>Patricia Ashcraft<br>29970 Technology Drive, Suite 217<br>Murrieta, CA 92563 |
|---|---|
| Defendant:<br>Law Offices of Gregory C. Ashcraft<br>c/o Gregory Ashcraft<br>29970 Technology Drive, Suite 217<br>Murrieta, CA 92563 | Counsel for the Defendants:<br>Julie Philippi<br>The Turoci Firm<br>3845 Tenth Street<br>Riverside CA 92501 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 27, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Presiding Judge: (via FedEx overnight)
Hon. Mark S. Wallace, 411 West Fourth Street, Suite 6135, Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 27, 2019 | Mary H. Avalos | _[signature]_ |
|---|---|---|
| Date | Printed Name | Signature |

# Mailing Information for Case 6:17-ap-01271-MW

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Karl T Anderson (TR)**   edansie@hotmail.com, kanderson@ecf.epiqsystems.com
- **Abram Feuerstein**   abram.s.feuerstein@usdoj.gov
- **David Brian Lally**   davidlallylaw@gmail.com
- **Mohammad Tehrani**   Mohammad.V.Tehrani@usdoj.gov
- **Todd L Turoci**   mail@theturocifirm.com
- **United States Trustee (RS)**   ustpregion16.rs.ecf@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Neil Verbrugge
Office of the United States Trustee
1132 Bishop St Ste 602
Honolulu, HI 96813

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.